# In the United States Court of Federal Claims

No. 07-325C
(Filed: October 22, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
DAVID P. BROWN,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' joint preliminary status report, filed September 20, 2007, defendant is directed to notify the court upon the disposition of the petition for writ of *certiorari* in *Stephen S. Adams, et al.* v. *United States*, No. 07-116C. The parties are directed to file a joint status report on or before February 15, 2008, with respect to efforts to settle other claims.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge