IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID P. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-325C<br>(Judge Eric G. Bruggink) |

# JOINT STATUS REPORT

Pursuant to the Order issued by the Court on October 22, 2007, plaintiff and defendant respectfully submit the following joint status report:

Since the filing of the parties' last Joint Status Report, plaintiff's proposal to settle the instant case except as to claims based upon time spent driving between home and work in a Government vehicle was approved by the authorized representatives of the Attorney General. Counsel for the parties have been discussing the appropriate terms to include in the settlement agreement (which would apply to this case and 12 other cases involving similar claims), as well as the terms upon which stipulations of dismissal should be filed. Additionally, the petition for a writ of certiorari filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue, was denied on January 7, 2008.

On February 6, 2008, counsel for the parties met to discuss the above matters and related matters pertaining to this and other related cases. With respect to the terms of the settlement agreement in this case, the parties discussed issues of phraseology in order to correctly capture the intent of the parties concerning certain details, and believe that these issues are close to

resolution. The parties also discussed how to proceed with the driving claims. Defendant believes that the driving claims should be dismissed based upon the Federal Circuit's decision in Adams. Plaintiffs are considering how they wish to proceed with these claims.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

by

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: February 14, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: February 15, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 19th day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**