# In the United States Court of Federal Claims

No. 07-325C
(Filed: September 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

DAVID P. BROWN,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on the defendant's motion for judgment on the pleadings in the case of *Brown v. United States* (07-325C) will be held on Thursday, November 13, 2008 at 9:00am (EST) in the National Courts Building.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge